IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NATHANIEL HUNTER, *individually and on behalf of those similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LASMILE LOGISTICS, LLC, *et al.*<br><br>Defendants. | CIVIL ACTION NO.: 1:20-cv-012819 |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDIC,
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

**PLEASE TAKE NOTICE** that Plaintiff Nathaniel Hunter, by and through the undersigned counsel, hereby voluntarily dismisses the above-captioned action without prejudice against all Defendants.

SWARTZ SWIDLER, LLC

By: _/s/ Manali Arora_
Manali Arora, Esq.
Attorneys for Plaintiff

Dated: November 18, 2020